# EXHIBIT A



Alternate Deposit -- #SS-1436 Runner; size of original 14" W x 36" L



Alternate Deposit -- #SS-1448 Runner; size of original 14" W x 48" L



**Alternate Deposit** -- #SS-1420 Placemat; size of original 14" W x 20" L



**Alternate Deposit** -- #6155-OC Shower Curtain; size of original 72" W x 72" L



Alternate Deposit -- #6155-6030 Tier; size of original 60" W x 30" L



**Alternate Deposit** -- #6155-6014 Valance; size of original 60" W x 14" L

# EXHIBIT B

# COASTAL LACE VALANCE

## One Valance 40x14"

Coral Ocean

# EXHIBIT C

342586.1













# EXHIBIT D

342586.1

# COASTAL LACE VALANCE

## One Valance 40x14"



Lighthouse